IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STEVEN LIN SORRELLS, 659997**, | § |
| | § |
| Petitioner, | § |
| | § |
| v. | § Civil Action No. **3:07-CV-1320-L** |
| | § |
| **NATHANIEL QUARTERMAN, Director**, | § |
| **Texas Department of Criminal Justice**, | § |
| **Correctional Institutions Division**, | § |
| | § |
| Respondent. | § |

# ORDER

Before the court is Sorrells's Petition for Writ of Habeas Corpus, filed July 27, 2007. Pursuant to Special Order 3-251, the petition was referred to United States Magistrate Judge Paul D. Stickney, on July 27, 2007. On September 2, 2008, the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") was filed. No objections to the Report have been filed.

This is a habeas petition filed pursuant to 28 U.S.C. § 2254. The magistrate judge found that the petition was barred by the one-year statute of limitations of the Antiterrorism and Effective Death Penalty Act of 1996. Having reviewed the petition, file, record, and the Report in this case, the court determines that the findings and conclusions are correct. The magistrate judge's findings and conclusions are therefore **accepted** as those of the court. The court **dismisses with prejudice** the writ of habeas corpus, because it is barred by the one-year limitations period.

**It is so ordered** this 30th day of September, 2008.

                                                Sam A. Lindsay
                                                United States District Judge